

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                              |   |                        |
|------------------------------|---|------------------------|
|                              | § |                        |
| IN RE: THE STATE OF TEXAS,   | § | No. 08-19-00183-CR     |
| Relator.                     | § | AN ORIGINAL PROCEEDING |
|                              | § | IN MANDAMUS            |
|                              | § |                        |
|                              | § |                        |

# O R D E R

Pending before the Court is the State's motion for the court reporter to file in this mandamus proceeding the sealed and *in camera* record of an *ex parte* hearing conducted by the trial court on July 8, 2019 in cause number 20190D01508, styled *The State of Texas v. Kevin Quezada*. The motion is GRANTED. The reporter's record is due to be filed on or before August 22, 2019. The sealed reporter's record will be available exclusively for the use of the Court in ruling on the State's petition for writ of mandamus. The Clerk of the Court is directed to ensure that the record is treated as an *in camera* record and that it not be made available to the attorneys representing the State.

IT IS SO ORDERED this 1st day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.